UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUKE FONTANA** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-326** |
| **LATOYA CANTRELL, ET AL.** | **SECTION I** |

### ORDER

Before the Court is plaintiff Luke Fontana's motion[1] for "continuance" of defendants' pending motion[2] to dismiss, which is set for submission today, June 16, 2021. Fontana, in a motion filed at 6:30 P.M. last night, argues that a two-week continuance—presumably of the submission date—is necessary because he "has been involved in other time sensitive litigation."[3] He adds that he "has not had time to or opportunity to prepare a response to defendant's motion to dismiss" because of "earth-shattering litigation" filed on June 13, 2021 in front of a different Section of this Court.[4]

Fontana's deadline to file his opposition to the motion was June 8, 2021. That deadline passed without any request from him. And Fontana's present request for a continuance is utterly devoid of the slightest hint of good cause. It asks the Court, in essence, to conclude (1) that Fontana's time and decisions about what litigation to pursue are more important than the interests of any other party to this case, as well

---

[1] R. Doc. No. 42.
[2] R. Doc. No. 38.
[3] R. Doc. No. 42, at 1.
[4] R. Doc. No. 42-1, at 1.

as the Court's interest in the orderly resolution of the cases in front of it, and (2) that Fontana's time is *so* important that he need not bother asking for an extension before the deadline he seeks to have extended. The Court does not so conclude. Therefore,

**IT IS ORDERED** that the motion is **DENIED**; the motion to dismiss will be submitted on the original submission date.

New Orleans, Louisiana, June 16, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE