UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUKE FONTANA** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-326** |
| **LATOYA CANTRELL, ET AL.** | **SECTION I** |

## ORDER

Before the Court is the remaining defendants' (the "City Defendants")[1] motion[2] to dismiss plaintiff Luke Fontana's claims against them, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The Court previously granted the unopposed motion in part and ordered Fontana to indicate to the Court if he intended to move forward with a claim for damages by filing opposition to the motion no later than June 25, 2021.[3] The Court made clear that a failure to respond to the order might result in the matter being dismissed in its entirety.[4] Fontana has not responded. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED** in that the matter is dismissed, in its entirety, without opposition.

New Orleans, Louisiana, July 7, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Though plaintiff's second amended complaint makes repeated reference to Governor Jon Bel Edwards, plaintiff has already dismissed the Governor from this matter. *See* R. Doc. No. 33.
[2] R. Doc. No. 38.
[3] R. Doc. No. 45.
[4] *Id.* at 6.